UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CHAD LIGHTFOOT** | **CIVIL ACTION** |
| **VERSUS** | **NO. 19-12552** |
| **SHERIFF MARLIN GUSMAN** | **SECTION: "J"(5)** |

## O R D E R

The Court, having considered the petition, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge (Rec. Doc. 19), and Petitioner's objection (Rec. Doc. 22), which the Court finds to be without merit, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Chad Lightfoot's petition for issuance of a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 be **DISMISSED WITH PREJUDICE.**

New Orleans, Louisiana, this 19th day of November, 2020.

**CARL J. BARBIER
UNITED STATES DISTRICT JUDGE**